UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| A.V., by and through her Next Friends, T.V. and S.V., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOARD OF EDUCATION OF FAYETTE COUNTY, KENTUCKY, )<br>)<br>Defendant. ) | Civil Action No. 5:21-CV-157-CHB<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Stipulation for Dismissal Without Prejudice [R. 23] of each of Plaintiff's claims against the defendant in this matter, signed by all parties who have appeared pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.   This matter is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the Court's active docket, with each party to bear its own costs and attorneys' fees.

This the 12th day of December, 2022.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY